53 So.3d 1091 (2011)
Mohammed SHOUMAN, Appellant,
v.
James M. ECKER, et al., Appellees.
No. 3D09-3369.
District Court of Appeal of Florida, Third District.
January 12, 2011.
Rehearing and Rehearing En Banc Denied March 8, 2011.
*1092 Mohammed Shouman, in proper person.
Stephens, Lynn, Klein, P.L., and Robert M. Klein, Miami, for appellee, Ecker; and Hirschhorn & Bieber and Joel Hirschhorn and Brian H. Bieber, Coral Gables, for appellee, Bieber.
Before RAMIREZ, C.J., and GERSTEN and LAGOA, JJ.
PER CURIAM.
Affirmed. See § 95.11(4)(a), Fla. Stat. (2004); Steele v. Kehoe, 747 So.2d 931, 933 (Fla. 1999).